| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | MELODY M. WALCOTT, Bar #219930 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | MICHAEL DEEDS HAMMOND |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00338 LJO |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE TO DECEMBER 19, 2011 AND |
| v. | ) | ORDER THEREON |
| | ) | |
| MICHAEL DEEDS HAMMOND, | ) | Date: December 19, 2011 |
| | ) | Time: 1:00 P.M. |
| *Defendant.* | ) | Judge: Hon. Lawrence J. O'Neill |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference currently scheduled for November 28, 2011 at 9:00 A.M., be continued to December 19, 2011 at 1:00P.M. This continuance is requested by both counsel because Mr. Hammond's case was transferred to this district from the District of West Virginia pursuant to Rule 20, Federal Rules of Criminal Procedure. It is therefore anticipated the case will be resolved.

The continuance is requested for further plea negotiations and defense preparation.

The requested continuance will conserve time and resources for both counsel and the Court. Assistant United States Attorney Laurel Montgomery does not object to this request. The requested continuance will conserve time and resources for all parties and the Court.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant

in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

BENJAMIN B. WAGNER
United States Attorney

DATED: November 22, 2011            /s/ Laurel Montgomery
LAUREL MONTGOMERY
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: November 22, 2011            /s/ *Melody M. Walcott*
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
MICHAEL DEEDS HAMMOND

## ORDER

**Granted.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   November 22, 2011**            **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE