```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MELODY M. WALCOTT, Bar #219930
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California 93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  MICHAEL DEEDS HAMMOND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00338 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE TO DECEMBER 19, 2011 AND |
| v. | ) | ORDER THEREON |
| | ) | |
| MICHAEL DEEDS HAMMOND, | ) | Date: February 6, 2012 |
| | ) | Time: 1:00 P.M. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference currently scheduled for December 19, 2011 at 1:00 P.M., be continued to February 6, 2012 at 1:00 P.M. This continuance is requested to allow further defense preparation and plea negotiations. Mr. Hammond's case was transferred to this district from the District of West Virginia pursuant to Rule 20, Federal Rules of Criminal Procedure. Counsel are meeting with local and out-of-state authorities to resolve the matter. It is therefore anticipated the case will be resolved. The requested continuance will conserve time and resources for both counsel and the Court. Assistant United States Attorney Laurel Montgomery does not object to this request.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant

///

///

in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

BENJAMIN B. WAGNER
United States Attorney

DATED: December 15, 2011  /s/ Laurel Montgomery
LAUREL MONTGOMERY
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: December 15, 2011  /s/ *Melody M. Walcott*
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
MICHAEL DEEDS HAMMOND

## ORDER

**Good Cause exists**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   December 15, 2011**   /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE