| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | MICHAEL DEEDS HAMMOND |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-CR-0338 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; ORDER |
| v. | ) | |
| | ) | Date: February 27, 2012 |
| MICHAEL DEEDS HAMMOND, | ) | Time: 1:00 p.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 6, 2012, **may be continued to February 27, 2012 at 1:00 p.m.** for a **change of plea hearing.**

This is a Rule 20 case. Defendant was previously represented by Ms. Walcott. The reason for the continuance is: First, that travel is very difficult for Mr. Hammond; Second, the prosecutor is preparing a plea offer, but it cannot be reviewed before Monday; Third, the prosecutor will be out of the office and will not return until February 21, 2012, and Mr. Hammond is expecting to enter a plea. This continuance will permit negotiation and completion of the plea and conserve time and resources for both parties and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: February 1, 2012　　　　　　　　By:　/s/ *Laurel Montoya*
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: February 1, 2012　　　　　　　　By:　/s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Michael Deeds Hammond

## **O R D E R**

Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

Good Cause for the continuance is stated, and the request is therefore GRANTED.

IT IS SO ORDERED.

**Dated:　February 1, 2012**　　　　　　　/s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order　　　　　　　－2－