DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL DEEDS HAMMOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL DEEDS HAMMOND,<br><br>        Defendant. | No. 1:11-cr-0338 LJO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date: June 11, 2012<br>Time: 11:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for May 21, 2012, **may be continued to June 11, 2012 at 11:00 a.m.**

The reason for the continuance is because defense counsel will be out of state and will not return until June 4, 2012. Mr. Hammond's sentencing requires attention from both counsel. His wife is currently hospitalized, and he is caring for his children. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: May 14, 2012                    By:    /s/ *Laurel Montoya*
                                              LAUREL MONTOYA
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 14, 2012                    By:    /s/ *Ann H. Voris*
                                              ANN H. VORIS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Michael Deeds Hammond

## **O R D E R**

Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated:   May 14, 2012**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE